SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02599-WBS-EFB** |
| Plaintiff; | ) **ORDER RE: STIPULATION FOR** |
| vs. | ) **EXTENSION OF TIME TO FILE** |
| | ) **DISPOSITIONAL DOCUMENTS** |
| Tham Nguyen, et al, | ) |
| Defendants. | ) |

    IT IS HEREBY ORDERED THAT the parties shall file
dispositional documents no later than March 7, 2012.  The
Scheduling Conference is continued to **March 19, 2012 at
2:00 p.m.**

                    Date:  February 15, 2012

                    _William B. Shubb_
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-11-cv-02599-WBS-EFB- 1